390 A.2d 313

Purcell et al. v. Bingham (et al., Appellant) et al.

■■■■■■ Argued March 28, 1978. Gerald J. Cohen, for appellant; William M. Carlitz, for appellees, Purcell; No appearance entered nor brief submitted for appellee, Bingham.

Order affirmed.

PRICE, J., dissented and would grant a new trial limited to damages only because of trial error on the question of lost wages.